IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    Dorothy Harris

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    NA

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    NA

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Michigan

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Nevada

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Nevada

7. District Court and Division in which venue would be proper absent direct filing:

   District Court of Nevada

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☑ G2® Vena Cava Filter

2

☐ G2® Express Vena Cava Filter

☐ G2® X Vena Cava Filter

☐ Eclipse ® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

August 3, 2007
_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:    Strict Products Liability – Manufacturing Defect

☑ Count II:   Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III:  Strict Products Liability – Design Defect

☑ Count IV:   Negligence - Design

☑ Count V:    Negligence - Manufacture

☑ Count VI:   Negligence – Failure to Recall/Retrofit

☑ Count VII:  Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX:   Negligence *Per Se*

☑ Count X:    Breach of Express Warranty

☑ Count XI:   Breach of Implied Warranty

☑ Count XII:  Fraudulent Misrepresentation

3

- ☑ Count XIII:   Fraudulent Concealment

- ☑ Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

- ☐ Count XV:    Loss of Consortium

- ☐ Count XVI:   Wrongful Death

- ☐ Count XVII:  Survival

- ☑ Punitive Damages

- ☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable? ☑ Yes   ☐ No

Respectfully submitted this 30th day of May, 2019

**WENDT LAW FIRM, P.C.**

*s/Samuel M. Wendt*

Samuel M. Wendt MO#53573
1100 Main Street, Suite 2610
Kansas City, MO 64105
Phone: (816) 531-4415
Fax: (816) 531-2507
E-mail: sam@wendtlaw.com
ATTORNEY FOR PLAINTIFF

4

I hereby certify that on this  30th  day of  May        ,  2019   I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/Samuel M. Wendt*
ATTORNEY FOR PLAINTIFF
