ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com

CASEY SHPALL, ESQ.*
*Admitted Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email: shpallc@gtlaw.com

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DOROTHY HARRIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00612-JCM-VCF |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7-1, by and between Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. by and through their counsel of record, the law firm of Greenberg Traurig, LLP, and Plaintiff Dorothy Harris, by and through her counsel of record, the Wendt Law Firm, P.C., that the above-captioned action shall be dismissed with prejudice. This stipulation dismisses all of

1

1  Dorothy Harris' claims against all parties in the above-captioned action, including those
2  parties who have not entered their appearance and/or signed the stipulation.  Each party shall
3  bear its own attorneys' fees and costs.
4  **IT IS SO STIPULATED.**
5  Respectfully submitted on February 3, 2021.

| **WENDT LAW FIRM, P.C.** | **GREENBERG TRAURIG, LLP** |
|---|---|
| By: _/s/ Samuel M. Wendt_ | By: _/s/ Eric W. Swanis_ |
| SAMUEL M. WENDT, ESQ.* | ERIC W. SWANIS, ESQ. |
| *Admitted Pro Hac Vice* | Nevada Bar No. 6840 |
| sam@wendtlaw.com | swanise@gtlaw.com |
| 4717 Grand Avenue, Suite 130 | 10845 Griffith Peak Drive, Suite 600 |
| Kansas City, Missouri 64112 | Las Vegas, Nevada 89135 |
| PETER C. WETHERALL, ESQ. | CASEY SHPALL, ESQ.* |
| WETHERALL GROUP LTD. | *Admitted Pro Hac Vice* |
| Nevada Bar No. 4414 | GREENBERG TRAURIG, LLP |
| pwetherall@wetherallgroup.com | 1144 15th Street, Suite 3300 |
| 9345 West Sunset Road, Suite 100 | Denver, Colorado 80202 |
| Las Vegas, Nevada 89148 | Telephone: (303) 572-6500 |
|  | Email: shpallc@gtlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

IT IS SO ORDERED.

_[signature]_

UNITED STATES DISTRICT JUDGE

Dated February 8, 2021

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 3, 2021**, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Shermielynn Irasga*
An employee of GREENBERG TRAURIG, LLP

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002